1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6813
6      FAX: (415) 436-6748
       annie.reding@usdoj.gov
7
   Attorneys for United States of America
8

~~ORIGINAL~~
FILED
AUG 19 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA

11  REQUEST FROM THE NATIONAL COURT    )  MISC. NO.  CR 15 90 735 MISC
12  ADMINISTRATION, REPUBLIC OF KOREA  )
    FOR INFORMATION FROM GOOGLE, INC.  )  APPLICATION FOR ORDER PURSUANT TO
13                                     )  TITLE 28 U.S.C. § 1782
                                       )
14  RE YOONJEONG HEO v. KWONHEE KIM    )
    AND HEECHAN KIM, NO. 2005-F-1375   )
15  _____    )

16
         Pursuant to 28 U.S.C. Section 1782, and the request from the National Court Administration for
17
   the Republic of Korea for information from Google, Inc., the United States of America petitions this
18
   Court to sign the accompanying proposed order. Google, Inc. does not object to the entry of that order,
19
   but reserves all rights and objections in responding to the underlying subpoena.
20

21  DATED: August 18, 2015              Respectfully submitted,
22                                      MELINDA L. HAAG
                                        United States Attorney
23
24                              By:     _____
25                                      ANN MARIE REDING
                                        Assistant United States Attorney
26
27
28

APPLICATION FOR ORDER PURSUANT
TO TITLE 28 U.S.C. § 1782