```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  ALEX G. TSE (CABN 152348)
    Chief, Civil Division
 3  ANN MARIE REDING (CABN 226864)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-6813
 6      FAX: (415) 436-6748
        annie.reding@usdoj.gov
 7
    Attorneys for United States of America
 8
```



RECEIVED

AUG 19 2015



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



REQUEST FROM THE NATIONAL COURT ) CR 15 MISC. NO. 90 735 MISC
ADMINISTRATION, REPUBLIC OF KOREA )
FOR INFORMATION FROM GOOGLE, INC. ) [PROPOSED] ORDER GRANTING
                                   ) APPLICATION FOR ORDER PURSUANT TO
RE YOONJEONG HEO v. KWONHEE KIM    ) TITLE 28 U.S.C. § 1782
AND HEECHAN KIM, NO. 2005-F-1375   )
                                   )
                                   )

Pending before the Court is an application submitted by the United States Attorney pursuant to 28 U.S.C. section 1782 concerning a request by the National Court Administration, Republic of Korea, for information from Google, Inc. ("Google"). At this time, the United States requests only that the Court appoint Ann Marie Reding, Assistant United States Attorney, as Commissioner and authorize AUSA Reding to serve Google with a subpoena in accordance with the terms and the conditions set for below. The Court has reviewed the application and supporting papers and documents.

Pursuant to the power conferred on it under 28 U.S.C. section 1782, its inherent authority, and pursuant to the agreement of the United States and Google, the Court hereby ORDERS that AUSA Ann Marie Reding is appointed as Commissioner, and is authorized to serve Google with a subpoena in accordance with the following conditions and terms:

1. Upon receipt of the subpoena, Google shall promptly make a diligent search for non-content, identifying information regarding the registration information for the email address

[PROPOSED] ORDER GRANTING APPLICATION

heechan9494@gmail.com.

2. Within 7 calendar days from receipt of the subpoena, Google shall provide a copy of the subpoena to the email account holder and advise him or her that Google will respond to the subpoena unless he or she files, within 20 calendar days from the date he or she receive the subpoena, an objection or a motion to quash in this action, served on both Google and AUSA Reding.

3. Subject to the limitation described in paragraph 2 of this order, within 30 calendar days from receipt of the subpoena, Google shall produce the requested information to the extent it is available, along with a notarized verification signed under penalty of perjury, directly to AUSA Reding at the U.S. Attorney's Office.

4. Within 7 calendar days, AUSA Reding will then provide the information from Google, Inc., to the U.S. Department of Justice, Civil Division, Office of International Judicial Assistance, which will forward the information to the National Court Administration for the Republic of Korea.

IT IS SO ORDERED.

DATED: August ___, 2015

_____

UNITED STATES MAGISTRATE JUDGE

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
ANN MARIE REDING (CABN 226864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    FAX: (415) 436-6748
    annie.reding@usdoj.gov

Attorneys for United States of America

**FILED**

AUG 19 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CR 15 90 735 MISC

| | |
|---|---|
| REQUEST FROM THE NATIONAL COURT ADMINISTRATION, REPUBLIC OF KOREA FOR INFORMATION FROM GOOGLE, INC. <br><br> RE YOONJEONG HEO v. KWONHEE KIM AND HEECHAN KIM, NO. 2005-F-1375 | MISC. NO. <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782 |

## INTRODUCTION

In the above captioned Republic of Korea action, the Korean court seeks information from Google, Inc. ("Google). Lacking jurisdiction to directly obtain information from Google on United States' soil, the Korean court has requested that the United States Attorney's office provide it with information from Google critical to resolving the Korean action. This application requests that this Court appoint Assistant United States Attorney Ann Marie Reding as Commissioner to take testimony from Google, so that AUSA Reding can subpoena certain information from Google to transmit to the Korean court. Google and the United States Attorney's Office have met and conferred about the substance of the request from the Korean court and about the procedure to provide the Korean court with the information it seeks. Google does not object to the appointment.

# FACTUAL BACKGROUND

## I. INFORMATION SOUGHT BY KOREAN COURT.

The Korean court seeks the registration information for following e-mail address: heechan9494@gmail.com. *See* Declaration of Ann Marie Reding ("Reding Decl."), Ex. A (letter to Google enclosing request from Korean court). This information is sought by the National Court Administration for the Republic of Korea for use in the above-captioned lawsuit in Korea. *Id.*

## II. MEET AND CONFER WITH GOOGLE.

The US Attorney's Office has met and conferred via electronic mail with Legal Counsel for Google regarding the Korean Court's request. Reding Decl. ¶¶ 2-3. Google has determined that it can provide a declaration or affidavit with the registration information relating to the requested account. Google's position is that they are willing to provide the information directly to the U.S. Attorney's Office pursuant to a United States federal court subpoena for the information. Reding Decl. ¶ 3.

# DISCUSSION

The United States District Courts are empowered by 28 U.S.C. section 1782 to subpoena witnesses and compel the production of documents on behalf of foreign and international tribunals. In this case, a Korean Court requests the U.S. Attorney's Office to obtain information and documents from Google, Inc. in Mountain View, California, which is located within the jurisdiction of this Court. As set forth in the accompanying proposed order, the United States and Google have negotiated a mutually acceptable procedure to handle the Korean court's request in this particular case.

## I. THIS COURT SHOULD APPOINT A COMMISONER TO SUBPOENA INFORMATION FROM GOOGLE ON BEHALF OF THE KOREAN COURT.

The authority of this Court to order the production of evidence for use in a proceeding in a foreign country is set forth in 28 U.S.C. § 1782, which provides that

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has the power to administer any necessary oath and take the testimony or statement.

28 U.S.C. § 1782(a). The legislative history shows that Congress intended for the United States to set an example for other countries in rendering international judicial assistance. The Senate report states:

> ... Enactment of the bill into law will constitute a major step in bringing the United States to the forefront of nations adjusting their procedures to those of sister nations and thereby providing equitable and efficacious procedures for the benefit of tribunals and litigants involved in litigation with international aspects. It is hoped that the initiative taken by the United States in improving its procedures will invite foreign countries similarly to adjust their procedures.

S. Rep. No. 1580, 88th Cong., 2d Sess., reprinted in 1964 U.S. Code Cong. & Admin. News 3782, 3783. The proper criteria for determining whether the court should exercise its discretion in favor of assisting a foreign tribunal are outlined in *In Re Request for Judicial Assistance from the Seoul District Criminal Court*, 555 F.2d 720 (9th Cir. 1977):

> Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal. This court also has held that the investigation in connection with which the request is made must relate to a judicial or quasi judicial controversy.

*Seoul District Criminal Court*, 555 F.2d at 723 (citation omitted).

The letter of request in this case shows that the information sought is for use in such proceedings in Korea and hence the request comes well within those circumstances contemplated by Congress in expanding the federal courts' authority to act in such matters. *In Re Letter of Request from the Crown Prosecution Service of the United Kingdom*, 870 F.2d 686, 689-91 (D.C. Cir. 1989); *In Re Letters Rogatory from the Toyko District, Toyko, Japan*, 539 F.2d 1216, 1219 (9th Cir. 1976). Therefore, the United States asks this Court to honor the request for assistance.

II. **GOOGLE HAS AGREED TO SEND RESPONSIVE INFORMATION TO THE FEDERAL GOVERNMENT WHICH WILL PROVIDE THE INFORMATION TO THE COURT OF NATIONAL ADMINISTRATION FOR THE REPBLIC OF KOREA.**

Google has agreed to release the requested information in this particular case to the U.S. Attorney's Office in accordance with the terms and conditions set forth in the accompanying proposed order. Google has stated in writing that it does not oppose entry of the accompanying proposed order. Reding Decl. Ex. B. The reception of letters rogatory and the appointment of a Commissioner to execute

them are matters customarily handled ex parte, and persons with objections to the request raise those objections by moving to quash any subpoenas issued by the Commissioner. *Tokyo Dist.*, 539 F.2d at 1220. However, the United States has served Google with this application and supporting papers, and Google does not object to the relief requested therein. As described in the proposed order, Google will provide notice of the subpoena to the relevant account holder and afford him or her the opportunity to file an objection or motion to quash in this action.

## CONCLUSION

WHEREFORE, the United States respectfully requests this Court to issue the accompanying proposed order.

Dated: August 18, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

ANN MARIE REDING
Assistant United States Attorney