MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
ANN MARIE REDING (CABN 226864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
FAX: (415) 436-6748
annie.reding@usdoj.gov

Attorneys for United States of America

FILED
AUG 19 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JCS

CR 15 90 735 MISC

| | |
|---|---|
| REQUEST FROM THE NATIONAL COURT ADMINISTRATION, REPUBLIC OF KOREA FOR INFORMATION FROM GOOGLE, INC.<br><br>RE YOONJEONG HEO v. KWONHEE KIM AND HEECHAN KIM, NO. 2005-F-1375 | MISC. NO.<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782;
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION;
3. DECLARATION OF ANN MARIE REDING IN SUPPORT OF APPLICATION;
4. PROPOSED ORDER GRANTING APPLICATION.

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_X_ **ELECTRONIC MAIL**

___ **FEDERAL EXPRESS**

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FACSIMILE (FAX)** ________

to the party(ies) addressed as follows:

Google, Inc.
c/o Einat Clarke eclarke@google.com
google-legal-support@google.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 18, 2015 at San Francisco, California.

ANN MARIE REDING
Assistant United States Attorney